Kennedy McDow
1405 Spruce Ave
Atwater, Merced
Ca, 95301
(209) 777-7042
cobera358@yahoo.com

FILED

JAN 18 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lily McDow, Kennedy McDow<br><br>**Plaintiff,**<br><br>-v-<br><br>Betty Harris, Elnora Holloway, Rychele Works., Bank of America, Jackson National Life Insurance Company<br>**Defendant** | **Case No.1:21-cv-00119-DAD-sko**<br><br>**Amended Complaint for Civil Case**<br>**Jury Trail  ( Yes)        No** |



RECEIVED
JAN 18 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# AMENED COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Amended Complaint**
  **A. The Plaintiff(s)**

**Plaintiff No. 1**

| | |
|---|---|
| Name | Kennedy McDow |
| Address | 1405 Spruce Ave |
| City and County | Atwater, Merced |
| State and Zip Code | Ca, 95301 |
| Telephone Number | (209) 777-7042 |
| Fax Number | (209) 336-6417 |
| Email | cobera358@yahoo.com |

**Plaintiff No. 2**

| | |
|---|---|
| Name | Lily McDow |
| Address | 1405 Spruce Ave |
| City and County | Atwater, Merced |
| State and Zip Code | Ca, 95301 |
| Telephone Number | (209) 777-7042 |
| Fax Number | (209) 336-6417 |
| Email | lilymcdow@yahoo.com |

**B  The Defendants**

**Defendant No 1**

| | |
|---|---|
| Name | Betty Harris |
| Address | 23327 Osceola Bluff |
| City and County | San Antonio, Tx, Bexar |
| State and Zip Code | TX, 78261 |
| Telephone Number | (254) 681-7755 |

**Defendant No 2**

| | |
|---|---|
| Name | Elnora Holloway |
| Address | 4187 Allenhurst Close Ct |
| City and County | Cincinnati, Hamilton |
| State and Zip Code | OH, 45241 |
| Telephone Number | (513) 405-6567 |

**Defendant No 3**

| | |
|---|---|
| Name | Rychele Works |
| Address | 23327 Osceola Bluff |
| City and County | San Antonio, Tx, Bexar |
| State and Zip Code | TX, 78261 |
| Telephone Number | (254) 681-7755 |

**Defendant No 4**

| | |
|---|---|
| Name | Bank of America, N.A. |
| Attorney | 19100 Von Karman Ave Suite 700 |
| City and County | Irvine, Orange |
| State and Zip Code | Ca, 92612 |
| Telephone Number | (949) 442-7110 |

**Defendant No**

| | |
|---|---|
| Name | Jackson National Life Insurance Company |
| Attorney | Darlene Riley |
| Address | 225 West Wacker Drive Suite 1000 |
| City and County | Chicago, Cook |
| State and Zip Code | Il, 60606 |
| Telephone Number | (312) 843-5918 Ext 45918 |
| Email | darlene.riley@jackson.com |

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a

case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

**A.   If the Basis for Jurisdiction Is Diversity of Citizenship**

**1. The Plaintiff(s)**

a. If the plaintiff is an individual
The plaintiff, **Lily McDow** is a citizen of the State of California

b. If the plaintiff is an individual
The plaintiff, **Kennedy McDow** is a citizen of the State of California

**2. The Defendant(s)**

A   If the defendant is an individual

The defendant **Betty Harris** is a citizen of the State of <u>Texas</u>

B   If the defendant is an individual

The defendant **Elnora Holloway** is a citizen of the State of <u>Ohio</u>

C   If the defendant is an individual

The defendant **Rychele Works** is a citizen of the State of <u>Texas</u>

D   If the Defendant is a corporation

The Defendant **Bank of America, N.A** is incorporated under the laws of the State of North Carolina and has its principal place of business in the State of North Carolina

    E  If the Defendant is a corporation

The Defendant **Jackson National Life Insurance Company** is incorporated under the laws of the State of Illinois and has its principal place of business in the State of Illinois

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendants owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because of the loss they cased when they interfered with the finances and changes made to Ms. McDow Life insurance polices without her consent or knowledge

| | | | |
|---|---|---|---|
| Income taken | $50,000 | at Stake Foreclosure | $346,514.77 |
| Life Insurance | $90,000 | Debt caused | $ 37,000 |

4 **Introduction**

This is a Amendment to our complaint to address the claims by Betty Harris, Elnora Holloway, Rychele Works and Bank of America. have made. Their arguments that we have no standing here and Ms. McDow cannot be a party in this suit. On April 5th, 2021, Betty Harris, Elnora Holloway informed Judge McCabe (Probate Court 19PR-00191) about this case (1:21-CV-00119-DAD-SKO) and an Appeal (F082035) that we also filed. The court was already aware of these cases since he was informed in my Opposition Brief filed on 03/02/2021. Judge McCabe informed them that we had every right to file cases in the Appellate court as well as U.S. District court. The issues in this case have not been addressed in Probate court and will not be address there. I informed Judge McCabe he left me no other choice but to address them here. We (Kennedy & Lily McDow) have lived together for over 11 years so are Finances are bound together. I will also address Bank of America involvement in the loss of Ms. McDow Finances where Bank of America told Betty Harris to come to the bank and remove all Ms. McDow money.

5. **Amened Statement of Claims**

    June 2010 Ms. McDow had her first stroke that limited her use of her right side. That required her to use a walker and ended her ability to drive. At that time Elnora Holloway took her to Ohio to care for her till she passes I had a home in Merced, Ca. when Ms. McDow Elnora and Gary Holloway ask me to take over Ms. McDow House at 1405 Spruce Ave Atwater, When Ms. McDow found out after she left to Ohio that Betty Harris had moved her son into her house without her knowledge or permission. Ms. McDow would call me and ask me again to take over the house and change the locks and put Betty Harris's son out. Betty Harris and her husband did not want her son to come back to Texas because they were tired of bailing him out of jail and they were embarrassed of him showing up at there church. At Ms. McDow. Request I went to our home in Atwater with Jason McDow where we changed all the locks and pack up Betty Harris's son things and placed them outside. Betty Harris would have her son go to the police Department where she called to have them force me to allow him back in. I explained to them what was going on and had them call Ms. McDow. After Atwater Police Department talked with Ms. McDow who told them that she did not want Betty Harris's son in her House and that the house was mine since she was living in Ohio. After that Betty Harris did not talk with Ms. McDow for several Years. Few months after Leaving Ms. McDow would call me and ask if it was ok if she could come back home, she was uncomfortable there. Elnora Holloway would bring her home and leave. After that Elnora Holloway and Ms. McDow would not talk for years. Diane Belcher would come by and cook for her once a week till she found out that Ms. McDow had given her car to her Granddaughter Katrina McDow. After that she would not return to the house till June 2018. Betty Harris, Elnora Holloway and Diane Belcher will testify that I was a long-haul truck drive, so they had to care for Ms. McDow and my child. In 2010 Merced Family court (F10286B) give me custody of my 8-year-old daughter at the time court records will show that I was not a long haul driver.

    March 31, 2019, Lily McDow had another stroke she was sent to a stroke center in Carmichael, Ca. on her release Ms. McDow requested to return home I (Kennedy McDow) talked with the hospital about her return to a rehab center in Merced County. Mercy San Juan Medical Center set her up at La Sierra Care center in Merced Ca.it was set up for me (Kennedy McDow) to pick up Ms. McDow and take Ms. McDow to La Sierra. But her daughters Betty Harris, Elnora Holloway and Diane Belcher was working to place her in a nursing home in Vacaville, Ca   They had her place in a rehabilitation center in Sacramento citing that the Ambulance ride was $1000 to take her home when she (Ms. McDow) was set to return to a rehabilitation center in Merced with me taking her in my vehicle. After that they (Betty Harris, Elnora Holloway, Diane Belcher, Rychele Works) came up with a place to take control of Ms. McDow Bank Accounts, Life Insurance Policies, Social Security Check and Defense Department Retirement check. Betty Harris would get a Durable Power of Attorney on April 25th, 2019, then on May 15, 2019, Betty Harris got a doctor to write a letter stating that Ms. McDow was incapacitated since March 31, 2019. The Letter didn't cover how Ms. McDow became capacitated for a hour long enough to sign a Power of attorney. She would use that to force entry with the help of Atwater Police Department and A 1 A Locksmith. I like the show this court and jury How Betty Harris, Elnora Holloway, Diane Belcher, Rychele Works alone with Eddie Frazier action place Ms. McDow and Me (Kennedy McDow in debt By refusing to pay Ms. McDow bill that would put our household in turmoil I have lived and care for my mom (Lily McDow) for 11 years since her first stroke in 2010 without Betty Harris, Elnora Holloway, Diane Belcher, Rychele Works  help only help I received was from my kids and my wife ( Laureen Winter)at that time. As my mom Lily McDow told the Probate Court Multiple Times, We are suing for the debt their actions has put us in and for the Life

Insurance policy's they taken with the use of Betty Harris Power of Attorney Betty Harris and Eddie Frazier would also stop paying on the taxes of the house and home insurance Policy their actions would place our home into foreclosure if we would not of received a letter from the Reverse Mortgage we would of lost our home. Right now, Ms. McDow lives on Welfare she receives $900 a month from County Conservator Eddie Frazier. I (Kennedy McDow) now pay almost all her bills. Her income each month is $2,538.30 Mr. Frazier gets $1,378.00 per month and Betty Harris receives $1,160.30 month between both they have $53,304.30. Betty Harris did not have the legal right too. Jackson National Life Insurance Company would change Ms. McDow policy without Ms. McDow knowledge, or a court order Betty Harris would change Ms. McDow policy in June 2019 changing the beneficiaries to Diane Belcher, Elnora Holloway and Rychele Works. When Ms. McDow found out she would change it back to Kennedy McDow in June 2019 Eddie Frazier Merced County Conservator is the Conservator of the estate they were asked for the court order allowing the change of Ms. McDow Policy by Jackson National

On June 13, 2019, Ms. McDow signed a New Durable Power of Attorney revoking Betty Harris DPOA a copy of this first DPOA was given to Ms. La Fleur who refused to except it. On June 14, 2019, another Durable Power of Attorney was signed this one revoked all earlier DPOA and Medical POA that was in Betty Harris, Diane Belcher and Elnora Holloway Names. Ms. La Fleur would say that she would send it to their legal Department and stated that she would not honor it till she heard back from the BOA legal department. Ms. La Fleur was the breach manager of Bank of America who had her employees of the branch monitor and call Betty Harris each time Ms. McDow came in the branch. Bank of America Policy may be that they had no Duty to monitor or supervise Ms. McDow Account But they have failed to address why Betty Harris and Elnora Holloway states that just what they did. If you read the reply brief of both Bank of America and Betty Harris There are two different stories First Bank of America informed Betty Harris that they were monitoring Ms. McDow Checking account and told her to get a Power of Attorney Ms. La Fleur would state that she found evidence of embezzlement by me (Kennedy McDow). Ms. La Fleur would accept and would close and re-open Ms. McDow account as joint with Betty Harris. Ms. La Fleur would not question Betty Harris Power of Attorney after Betty Harris told her that. Ms. McDow was incapacitated Betty Harris will state that Dr. Huaming Chou MD on May 15, 2019, wrote a letter in this letter he states that Ms. McDow has been incapacitated since March 31, 2019. On April 25, 2019, Betty Harris would have Lily McDow sign a Power of Attorney failing to tell the Notary Public that she was getting a doctor to wrote a Letter stating that Ms. McDow was incapacitated. Under California law an incapacitated person CAN NOT sign a Durable Power of Attorney. Betty Harris would have had to go before a Judge to obtain Conservatorship and her doctor would be required to file a Capacity Declaration. If her argument is that on April 25, 2019, Ms. McDow was Capacitated to sign her Durable Power of attorney, then she will need to show how less than 2 weeks later how Ms. McDow became incapacitated. I will also note that Betty Harris failed to note that 2 Doctors filed a Capacity Declaration both in 2019 stating that Ms. McDow was capacitated and could make her own decisions. But fails to address the 2 Power of Attorney's that was given to Ms. La Fleur that Revoked Betty Harris POA. After waiting for an answer from Ms. La Fleur about what the legal Department has said after not getting an answer. On June 25, 2019, I filed for Conservatorship I was granted temporary conservatorship of person and estate till hearing Ms. La Fleur still refused to remove Betty Harris from Ms. McDow account or allow Ms. McDow open a new account in her own name. She would again state that she would forward it to their Legal Department. Ms. La Fleur would call Betty Harris and notify her about the conservatorship papers After that Betty Harris would open another bank account in Texas and remove all Ms. McDow

money. Betty Harris would also Change Ms. McDow Life insurance Policy's by using the Power of Attorney that would be invalid since she claims Ms. McDow was incapacitated at the time, she signed it. She would also state that I (Kennedy McDow) made changes in 2010 when Ms. McDow left for Ohio but have not shown evidence to support this Allegation, she would change her story and say that Ms. McDow told her to make the changes, but Ms. McDow states she never authorized Betty Harris to make any changes. But if Ms. McDow was incapacitated at the time, she couldn't authorize her to make any changes she would need to file for conservatorship. June 19, 2019, Jackson National Life Insurance Company change Ms. McDow Beneficiary to Elnora Holloway, Diane Belcher and Rychele Works. When Ms. McDow found out she contracted the insurance company to have them change it back on July 18, 2019. Merced County Conservator Charles Bruce state that the Beneficiary is Betty Harris Diane Belcher and Elnora Holloway. He states the change was made by Jackson National Life Insurance Company without the knowledge of his office or the court.

## 6 Conclusion

Bank of America statement doesn't support Betty Harris claims. I have reached out to Bank of America to find out what really happened too Ms. McDow account, but they have chosen to back Betty Harris claims even when they do not support the claims they have filed within this case. Bank of America will argue Damages $12,884.31 is part of the amount we will ask for this is the amount that BOA is holding Ms. McDow responsible for. Ms. La Fleur and her staff repeatedly told Ms. McDow that her BOA payment was being paid On June 13, 2019, Ms. McDow notified Ms. La Fleur that her bills wasn't being paid and she wanted Betty Harris name removed or open a new account in her own name. Ms. La Fleur would refuse to close out and Remove Betty Harris name and would call Betty Harris after every visit under the authority of Bank of America even when it violated the bank policy. Ms. La Fleur would have the Bank Branch in Dallas, TX call and tell Betty Harris to come and remove all of Ms. McDow Money even when she was aware that Betty Harris POA was no longer Valid.  On June 13 and 14 2019 Ms. La Fleur was handed two Durable Power of Attorney that she refused to accept. Ms. McDow will also ask for Monetary Damages $100,000 Mr. Franich may be right that Bank of America has no Duty to

Supervise Ms. McDow Bank account. But that is what Ms. La Fleur and her staff did. Ms. La Fleur had a Duty to honor DPOA given to her. Jackson National Life Insurance Company didn't have the legal authority to make changes to Ms. McDow policy without the courts knowledge or consent 1 would also request that Rychelle Works give her legal address to the courts so she may be serviced

Date of signing:            January 10, 2022

Printed Name of Plaintiff    Lilly McDow

Signature of Plaintiff       *Lilly McDow*

Printed Name of Plaintiff    Kennedy McDow

Signature of Plaintiff       *Kennedy McDow*

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I reside at 336 Parsons Ave Merced, Ca 95340

On January 10, 2022. I serviced true copies of the following document: **Amended Complaint for Civil Case** on the interested parties in this action as Follow

**SEE ATTACHED MAILNG LIST**

**BY FEDEX**: I enclosed said document(s) in an envelope provided by FedEx and addressed to persons at the address listed in service list. I placed the envelope for collection and overnight delivery at an office of Fed Ex.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on January 10, 2022 at Merced, Ca

Shannon L. McDow

**MAILING LIST**

| | |
|---|---|
| Kerry W. Franich | Attorney for Bank of America |
| 19100 Von Karnan Avenue, Suite 700 | |
| Irvine, Ca 92612 | Phone: (949) 442-7110 |
| | Email: kwf@severson.com |
| | |
| Betty Harris | |
| 23327 Osceola Bluff | |
| San Antonio, Tx 78261 | Phone (854) 681-7775 |
| | |
| Elnora Holloway 4187 | |
| Allenhurst Close Ct | |
| Cincinnati, OH 45241 | Phone:(513) 405-6567 |
| | |
| Rychelle Works | |
| 23327 Osceola Bluff | |
| San Antonio, Tx 78261 | Phone:(854) 681-7775 |
| | |
| Jackson National Life Insurance Company | |
| Darlene Riley | |
| 225 West Wacker Drive Suite 1000 | |
| Chicago, Il, 60606 | Phone(312) 843-5918 Ext 45918 |