# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY McDOW and LILY McDOW,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BETTY HARRIS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00119-ADA-SKO<br><br>ORDER DISMISSING PLAINTIFF LILY McDOW |

　　　　On August 9, 2022, Defendants Betty Harris, Elnora Holloway, and Rychele Works filed a "Motion to Dismiss Due to the Death of Lily McDow." (Doc. 38.) The motion attaches a certificate of death of Plaintiff Lily McDow, indicating she died on July 12, 2022. (*Id*. at 8.) The Court ordered "[a]ny motion to substitute a party for Plaintiff Lily McDow SHALL be filed no later than November 7, 2022," pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. (Doc. 48 at 2, emphasis omitted.) To date, no motion for substitution has been filed and the time to do so has passed.

　　　　Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the action may continue if a claim is not extinguished, and "[a] motion for substitution may be made by any party or by the decedent's successor or representative." If the requirements of Rule 25(a) (1) are met, "[t]he substituted party steps into the same position as [the] original party." *Hilao v. Estate of Marcos*, 103 F.3d 762, 766 (9th Cir. 1996). However, "[i]f the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P.

25(a)(1).

Because a statement noting the death of Plaintiff Lily McDow has been filed on the record—and all parties received service either through the e-filing system or by mail, *see* Doc. 38 at 7—any motion for substitution was due no later than November 7, 2022. *See* Fed. R. Civ. P. 25(a)(1); *see also Summerfield v. Fackrell,* No. 2:10-cv-2884-WBS-EFB, 2012 WL 113281, at *2 (E.D. Cal. Jan. 11, 2012) (before the 90-day period begins to run, the suggestion of death must be filed on the record and served to the other parties); *see also Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). Importantly, Rule 25(a)(1) is stated in mandatory terms, and the party "***must*** be dismissed" given the failure to timely file a motion for substitution. *See id.* (emphasis added).

Accordingly, it is hereby **ORDERED** that Plaintiff Lily McDow is **DISMISSED** from this action.

IT IS SO ORDERED.

Dated:   December 5, 2022                                   _____
                                                                                        UNITED STATES DISTRICT JUDGE