Todd Pickles – SBN 215629
Madeline Orlando – SBN 337460
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
picklest@gtlaw.com
orlandom@gtlaw.com

Attorneys for Defendant
Jackson National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Kennedy McDow, *et al.*,

Plaintiffs,

v.

Betty Harris, *et al.*,

Defendants.

CASE NO. 1:21-CV-00119-ADA-SKO

**NOTICE OF SETTLEMENT**

First Amended Complaint: January 18, 2022

Now comes Defendant JACKSON NATIONAL LIFE INSURANCE COMPANY ("Jackson") by and through counsel, to provide notice to the Court that the present cause has been settled between the Jackson and Plaintiff Kennedy McDow, and state:

1. A settlement agreement ("Agreement") has been reached between Jackson and Plaintiff Kennedy McDow. The parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

DATED: August 31, 2023 GREENBERG TRAURIG, LLP

By *_/s/ Madeline Orlando_*
Todd Pickles
Madeline Orlando
Attorneys for Defendant
Jackson National Life Insurance Company

***McDow, et al. v. Harris, et al.***
Eastern District of California Case No. 1:21-cv-00119-DAD-SKO

**DECLARATION OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 400 Capitol Mall, Suite 2400, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**NOTICE OF SETTLEMENT**

☒ By serving ☐ the original ☒ a copy on the following as set forth below:

| | |
|---|---|
| Kennedy McDow<br>1405 Spruce Ave.<br>Atwater, CA 95301 | In Pro Per |
| Lily McDow<br>1405 Spruce Avenue<br>Atwater, CA 95301 | In Pro Per |
| Betty Harris<br>23327 Osceola Bluff<br>San Antonio, TX 78261 | In Pro Per |
| Elnora Holloway<br>4187 Allenhurst Close Ct<br>Cincinnati, OH 45241 | In Pro Per |
| Rychele Works<br>23327 Osceola Bluff<br>San Antonio, CA 78261 | In Pro Per |

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY ELECTRONIC TRANSMISSION**: My electronic service address is: bonillad@gtlaw.com. Such document was transmitted by electronic mail to the addressee's email address as set forth above, pursuant to agreement of counsel in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2023, at Sacramento, California.



Diana Bonilla