1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNEDY McDOW, et al.,                    No.  1:21-cv-00119-ADA-SKO

12            Plaintiffs,

13        v.                                    ORDER DENYING MOTION TO DISMISS
                                                AS MOOT AND DIRECTING THE CLERK
14   BETTY HARRIS, et al.,                      TO TERMINATE DEFENDANT JACKSON
                                                NATIONAL LIFE INSURANCE COMPANY
15            Defendants.
                                                (Docs. 28, 81)
16

17

18        Pending is Defendant Jackson National Life Insurance Company's motion to dismiss.  (Doc.

19   28.)  On September 6, 2023, the parties filed a Stipulation of Dismissal of Defendant Jackson

20   National Life Insurance Company with prejudice, pursuant to Federal Rule of Civil Procedure

21   41(a)(1)(A).  (Doc. 81.)

22        In relevant part, Rule 41(a)(1)(A) provides as follows:

23        [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
          dismissal before the opposing party serves either an answer or a motion for
24        summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
          appeared.
25

26   Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

27   all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

28

1    action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

2    F.3d 688, 692 (9th Cir. 1997).

3          Because the parties filed a stipulation of dismissal with prejudice under Rule

4    41(a)(1)(A)(ii), this case has automatically terminated as to Defendant Jackson National Life

5    Insurance Company.  (Doc. 81.)  Defendant's motion to dismiss (Doc. 28) is DENIED as moot.

6          This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining

7    defendants.

8

9    IT IS SO ORDERED.

10   Dated:   **September 7, 2023**                    */s/ Sheila K. Oberto*

11                                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2