UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNEDY MCDOW, et al.,

Plaintiffs,

v.

BETTY HARRIS, et al.,

Defendants.

No. 1:21-cv-00119-KES-SKO

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, AND GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS WITHOUT LEAVE TO AMEND

Docs. 91, 104

Plaintiffs Kennedy McDow ("McDow") and the Estate of Lily McDow, proceeding pro se, filed the operative second amended complaint ("SAC") against Defendants on January 26, 2024. Doc. 89. Defendant Bank of America, N.A. ("BANA") filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Doc. 91. McDow filed a response to the motion, Doc. 98, and a second response, Doc. 101. BANA filed a reply to the second response. Doc. 102.

The motion was referred to the assigned magistrate judge for the preparation of findings and recommendations. *See* Doc. 103. On September 8, 2025, the assigned magistrate judge recommended that the motion to dismiss be granted with leave to amend. Doc. 104. The findings and recommendations contained notice that any objections were due within 21 days. *Id.* at 6. On September 29, 2025, BANA timely filed objections. Doc. 108. On October 10, 2025, after the period to file objections had expired, McDow filed a document titled "Objection, Motion to

A[]mend." Doc. 109. BANA filed a response to McDow's belated filing on October 24, 2025. Doc. 111.

In accordance with the provisions of 28 U.S.C. §636(b)(1), the Court conducted a de novo review of this matter. Having carefully reviewed the matter, including BANA's objections, McDow's late-filed objections, and the response thereto, the Court finds the findings and recommendations are supported by the record and proper analysis, except that the Court finds that dismissal without leave to amend is appropriate. As plaintiffs have been unable to state a claim against BANA despite repeated amendment, and their proposed Third Amended Complaint (*see* Doc. 112) likewise fails to state a claim against BANA on which relief may be granted, the motion to dismiss the complaint as to BANA is granted without leave to amend.

Based upon the foregoing:

1. The findings and recommendations issued September 8, 2025, Doc. 104, are adopted in part, as set forth above;
2. Defendant Bank of America, N.A.'s motion to dismiss, Doc. 91, is GRANTED;
3. Plaintiffs' Second Amended Complaint is dismissed as to Bank of America, N.A., without leave to amend;
4. Bank of America, N.A. is dismissed from this action;
5. Plaintiffs are also notified that plaintiff Estate of Lily McDow may not proceed pro se in this action through its non-attorney executor Kennedy McDow. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664, 666 (9th Cir. 2008); and
6. This matter is referred to the assigned magistrate judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE