UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY MCDOW, et al.,<br>Plaintiffs,<br>v.<br>BETTY HARRIS, et al.,<br>Defendants. | Case No. 1:21-cv-00119-KES-EGC<br>**ORDER TO SHOW CAUSE REGARDING PURPORTED PRO SE REPRESENTATION OF AN ESTATE IN THIS ACTION**<br>THIRTY-DAY DEADLINE |

On August 28, 2026, the assigned district judge issued findings and recommendations which "notified" Plaintiffs that "[P]laintiff Estate of Lily McDow may not proceed pro se in this action through its non-attorney executor Kennedy McDow," and referred the case back to the undersigned for further proceedings consistent with the Court's order. (Doc. 119 at 2).

An estate must appear in federal court through a licensed attorney. *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *Chipman v. Nelson*, No. 211CV2770TLNEFBPS, 2016 WL 4943843, at *5 (E.D. Cal. Sept. 15, 2016), *report and recommendation adopted*, No. 211CV2770TLNEFBPS, 2016 WL 5870765 (E.D. Cal. Oct. 7, 2016), *aff'd*, 848 F. App'x 753 (9th Cir. 2021). Therefore, Plaintiff Kennedy McDow may not represent the interests of the Estate, they must retain an attorney to do so. *See United States v. Stepard*, 876 F. Supp. 214, 215 (D. Ariz. 1994) ("[A] trustee or representative of various entities may not represent these entities in any capacity in this District Court" as a pro se litigant.); *see also Simon*, 546 F.3d at 667 ("[A]bsent statutory authority stating otherwise, the general rule against permitting pro se litigants from representing others is applicable.").

Accordingly, it is HEREBY ORDERED that, by no later than **<u>30 days of service of this Order</u>,** Plaintiff Estate of Lily McDow SHALL retain an attorney to represent the Estate and instruct the attorney to enter a notice of appearance in this action to prosecute the second amended complaint on behalf of the Estate of Lily McDow;

If Plaintiff Estate of Lily McDow fails to adequately respond to this order within 30 days, the undersigned shall recommend to the assigned district judge that this action be dismissed without prejudice as to Plaintiff Estate of Lily McDow.

IT IS SO ORDERED.

Dated: **August 28, 2026**

Erin Sun Castillo
UNITED STATES MAGISTRATE JUDGE